| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MASSACHUSETTS |
| Case number (if known) _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mass Power Solutions LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1597490** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**184 Cedar Hill Street**<br>**Marlborough, MA 01752**<br>Number, Street, City, State & ZIP Code<br><br>**Middlesex**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Mass Power Solutions LLC**_____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2382__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Mass Power Solutions LLC** _____ Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ■ $1,000,001 - $10 million
- ☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  **Mass Power Solutions LLC**  _____  Case number (*if known*)_____
    Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Mass Power Solutions LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X /s/ Ryan Lane
Signature of authorized representative of debtor

Ryan Lane
Printed name

Title **Manager**

**18. Signature of attorney**

X /s/ John O. Desmond
Signature of attorney for debtor

Date 3/3/25
MM / DD / YYYY

John O. Desmond
Printed name

Firm name

5 Edgell Road, Suite 30A
Framingham, MA 01701
Number, Street, City, State & ZIP Code

Contact phone  508-879-9638          Email address  attorney@jdesmond.com

BBO 554580 MA
Bar number and State

# United States Bankruptcy Court
### District of Massachusetts

In re **Mass Power Solutions LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ryan Lane<br>184 Cedar Hill St. Suite LL<br>Marlborough, MA 01752 | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____   Signature _____  
**Ryan Lane**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Massachusetts

In re **Mass Power Solutions LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mass Power Solutions LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date: 3/3/25

**John O. Desmond**
Signature of Attorney or Litigant
Counsel for **Mass Power Solutions LLC**

5 Edgell Road, Suite 30A
Framingham, MA 01701
508-879-9638
attorney@jdesmond.com

# United States Bankruptcy Court
## District of Massachusetts

In re  **Mass Power Solutions LLC**                                                                Case No.  _____

                                      Debtor(s)                                                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____

_____
**Ryan Lane/Manager**
Signer/Title

Allison Wilder
50 Charles Cir
Stoughton, MA 02072

Andrew Ricardo Campbell
23 N Warren Ave
Brockton, MA 02301

Atlantic Charter Insurance
25 New Chardon Street
Boston, MA 02114

Bank of the West
BMO Harris Bank
P. O. Box 4002
Concord, CA 94524-4020

BVI Solar
7867 Dunbrook Road, Suite D
San Diego, CA 92126

Capital One Bank
P. O. Box 71087
Charlotte, NC 28272-1087

CED/Greentech Renewables
P. O. Box 780846
Philadelphia, PA 19178-0846

Chris Rich
787 Pealr Street
Brockton, MA 02301

Colony Insurance Company
400 S Syracuse St, Suite 400
Denver, CO 80237

Colony Specialty
Deductible Recovery Group
P. O. Box 6068-01
Hermitage, PA 16148-1068

Comcast
676 Island Road
Manchester, NH 03109

Comcast Business
P. O. Box 37601
Philadelphia, PA 19101-0601

Concord City Electric Supply
P. O. Box 1006
Wilbraham, MA 01095

```
Danielle Bunting
1673 State Road
Plymouth, MA 02360

Devlin Energy
2 Keith Way
Hingham, MA 02043

East Meadow Enterprises
ATTN: Eugene Dangelo
244 Main Street
Hampden, MA 01036

Easton Mello
56 E County Street
Somerset, MA 02726

Eddy Cabral
447 Sharps Lot Rd
Swansea, MA 02777

Elevation Capital Goup LLC
1614 East Churchville Road, Suite 100
Bel Air, MD 21015

EnergyScape Renewables
4294 Island Fox Lane
Denver, NC 28037

Enterprise Rent a Car
Commerce Bank ATTN 8000089 KCWLBX
811 Main Street
Kansas City, MO 64105

Eversource
P. O. Box 55215
Boston, MA 02205-5215

Florida Department of Revenue
Out of State Collections
1415 W US Highway 90, Suite 115
Lake City, FL 32055-6156

Fox Funding Group
803 S. 21st Avenue
Hollywood, FL 33020

Greater Boston Roofing
10 Stevens Street #481
Andover, MA 01810

Green World Renewables Energy
4408 Ritchie Highway
Brooklyn, MD 21225
```

```
Herc Rentals
27500 Riverview Center BLVD STE 100
Bonita Springs, FL 34134

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19114

Iron Tree
64 Dunham Road
Beverly, MA 01915

Jacob Jones
106 Green Street
Northborough, MA 01532

James Duffy
10 Hutchunson Lane
Quincy, MA 02171

Jason Cabral
196 Ames Street
Fall River, MA 02721

Jon Cook
13 NIckerson Street
Plymouth, MA 02360

Joseph Sileo
15 Walnut Ridge Road
New Fairfield, CT 06812

Keith Kenyon
77 S Meadow Road
Plymouth, MA 02360

Kelton Souza
8 Phillips Avenue #2
New Bedford, MA 02746

Kevin Dias
42 Clifford Street
New Bedford, MA 02745

Krannich Solar East LLC
80 Twinbridge Drive
Pennsauken, NJ 08110

Lien Solutions
P. O. Box 29071
Glendale, CA 91209-9071

Linebardger Goggan Blair & Sampson LLP
61 Broadway, Suite 2600
New York, NY 10006
```

```
Live Voice
P. O. Box 95117
Chicago, IL 60694-5117

M&M Trees
182 Great Road
Shirley, MA 01464

Massachusetts Department of
Unemployment Assistance
Legal Dept. 1st FL - Attn: Chief Counsel
Boston, MA 02114-2502

Massachusetts Department of Revenue
Bankruptcy Unit
P. O. Box 7090
Boston, MA 02204-7090

Massachusetts Dept, of Transportation
P. O. Box 847840
Boston, MA 02284-7840

Nate Walker
353 High Street Apt. 2
Webster, MA 01570

Nathan Rose
238 Princeton Street #1
New Bedford, MA 02745

National Grid
P. O. Box 960
Northborough, MA 01532

Nicholas Carr
170 Suffolk Street Unit 1 L
Fall River, MA 02720

Nikko Mello
40 Winifred Way
Fall River, MA 02720

Noah Rogers
1 Kingston Collection Way Apt
Kingston, MA 02364

PEAC Solutions
Marlin Leasing Corp.
P. O. Box 13604
Philadelphia, PA 19101-3604

Powersol
10 Mazzeo Drive, STE 205
Randolph, MA 02368
```

Progressive Commercial Insurance
c/o The Hills Insurance Agency
P. O. Box 157
Plympton, MA 02367

Radius Global Solutions LLC
9550 Regency Suite Blvd STE 410 Dept F
Jacksonville, FL 32225

Redemption Tree and Landscape LLC
Attn: Michael Houle
1941 Old Turnpike Road
Oakham, MA 01068

Resource Options Inc.
Staffing Solutions
200 Highland Avenue, Suite 404
Needham Heights, MA 02494

Rhode Island Registered Agent
47 Wood Ave, STE 2
Barrington, RI 02806

Robach Tree Service
ATTN: James O'Toole
7 Jewel Drive
West Bridgewater, MA 02379

Rodrigues Law Group
2499 Cranberry Highway
Wareham, MA 02571

Rooftop
16 Haverhill Street, STE 15
Andover, MA 01810

Ryan Lane
3 Chapel Road
Mattapoisett, MA 02739

Safety Insurance
P. O. Box 371312
Pittsburgh, PA 15250-7312

Seven Hills Roofing
ATTN: MIchael Houle
100 Canterbury Street
Worcester, MA 01603

Sunize Solar
19 Crosby Drive
Bedford, MA 01730

```
Sunnova Energy Corporation
20 Greenway Plaza
Houston, TX 77046

Synergy
Mail Code 5640
P. O. Box 71200
Charlotte, NC 28272-1200

The Hartford
P. O. Box 660916
Dallas, TX 75266-0916

The Nauset Group
Elm Bank Realty LLC
P. O. Box 51
Waban, MA 02468

Thomas Girard
64 Maitland Street
Fairhaven, MA 02719

Town of Bridgewater
Office of Treasurer/Collector
68 Central Square
Bridgewater, MA 02324

Tree Tech
Attn:  James O'Toole
P. O. Box 302
Foxboro, MA 02035

United Health Insurance
P. O. Box 94017
Palatine, IL 60094-4017

US Premium Finance
3500 Parkway Lane, Suite 300
Norcross, GA 30092

Wex
P. O. Box 639
Portland, ME 04104

Wyssling Consulting
76 N Meadowbrook Deive
Alpine, UT 84004
```